THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN R. BOYD, SR., *et al*.<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION FILE No.<br>4:23-cv-00100-WMR |

**CONSENT MOTION TO EXTEND TIME
TO FILE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

Pursuant to Local Rule 26.2(B), the parties respectfully seek a modification of Local Rule 16.2 and move for an extension of time to file the parties' Joint Preliminary Report and Discovery Plan, showing this Honorable Court as follows:

1. Plaintiff filed this case on May 17, 2023. ECF No. 1.

2. Plaintiff served Defendant Sun Path on May 18, 2023, and Sun Path answered Plaintiff's Complaint on June 8, 2023. ECF No. 21.

3. Plaintiff served Defendant Desert Eagle on May 24, 2023, ECF No. 18, and was attempting service on Defendants Stephen R. Boyd and his other affiliated

1

companies (the Boyd Entities). On June 9, 2023, Mr. Boyd and the remaining Boyd Entities acknowledged service of the Complaint and stipulated that they would answer or otherwise respond to the Complaint by no later than June 28, 2023. ECF No. 22.

4. Per Local Rule 16.1, Plaintiff and Defendant Sun Path are required to conduct their Rule 26(f) Conference by June 24, 2023, sixteen days after Sun Path's Answer. Per Local Rule 16.2, the parties must file their Joint Preliminary Report and Discovery Plan by July 8, 2023, thirty days after the appearance of the first defendant's answer.

5. To facilitate the participation of Defendant Boyd and the Boyd Entities at the parties' Rule 26(f) Conference, the parties seek a short extension of time to conduct their Rule 26(f) conference and to file their Joint Preliminary Report and Discovery Plan

6. Counsel for all parties have conferred and all are available to conduct the Rule 26(f) conference on July 24, 2023, and to thereafter file the Joint Preliminary Report and Discovery Plan by no later than July 28, 2023.

Because this is a slight deviation from the Local Rules, the parties request that the Court enter an Order granting this motion and allowing the parties to have

until July 28, 2023 to file their Joint Preliminary Report and Discovery Plan.  A proposed order granting this Motion is attached hereto.

Respectfully submitted this 20th day of June, 2023.

                        CANNELLA SNYDER, LLC

                        */s/ Robert H. Snyder, Jr.*
                        ROBERT H. SNYDER, JR.
                          Georgia Bar No. 404522
                          rob@cannellasnyder.com
                        WILLIAM D. ORTIZ
                          Georgia Bar No. 327613
                          will@cannellasnyer.com
                        (404) 800-4828
                        315 W. Ponce de Leon Ave.
                        Suite 885
                        Decatur, GA 30030

                        STALLMAN LAW, LLC
                        JEREMY D. STALLMAN
                          Georgia Bar No. 119441
                          jeremy@stallman.law
                        1834 Independence Square
                        Atlanta, GA 30338
                        (770) 727-5775
                        ***Attorneys for Plaintiff=***

                        */s/ Alan Armstrong*
                        ALAN ARMSTRONG LAW
                        Alan Armstrong
                          Georgia Bar No. 022075
                          alan@alanarmstronglaw.com
                        2900 Chamblee Tucker Road
                        Bldg. 5-350
                        Atlanta, GA 30341

*Attorney for Sun Path Products, Inc.*

*/s/ Lee McMillian*
MOZLEY, FINLAYSON, & LOGGINS LLP
Edward C. Bresee, Jr.
  Georgia Bar No. 004820
  mbresee@mfllaw.com
Caitlin Amick
  Georgia Bar no. 866013
  camick@mfllaw.com
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338
(404) 256-0700

LAW OFFICES OF LEE MCMILLIAN
Lee McMillian
Application *Pro Hac Vice* Forthcoming
223 E. Maxan Street, Unit 305
Port Isabel, TX 78678

*Attorney for Defendants Stephen Boyd and the Boyd Entities*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon, | * * * * * | |
| | * | CIVIL ACTION FILE No. |
| Plaintiff, | * | 4:23-cv-00100-WMR |
| | * | |
| v. | * | |
| | * | |
| STEPHEN R. BOYD, SR., *et al*. | * * | |
| | * | |
| Defendants. | * | |
| | * | |

## [PROPOSED] ORDER

IT APPEARING TO THE COURT that the parties have filed a Consent Motion to Extend Time to File Joint Preliminary Report and Discovery Plan, and that all parties consent to that Motion, it is hereby **GRANTED.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties shall have until July 28, 2023 to conduct their Rule 26(f) Conference and file their Joint Preliminary Report and Discovery Plan.

SO ORDERED, this _____ day of _____, 2023

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE