THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon, | * * * * * | |
| | * | CIVIL ACTION FILE No. |
| Plaintiff, | * | 4:23-cv-00100-WMR |
| | * | |
| v. | * | |
| | * | |
| STEPHEN R. BOYD, SR., *et al*. | * * * | |
| Defendants. | * | |

## ENTRY OF APPEARANCE OF HANNAH L. DROSKY

Hannah L. Drosky of Cannella Snyder LLC, 315 W. Ponce de Leon Avenue, Suite 885, Decatur, Georgia 30030, hereby gives notice of her entry of appearance into this matter as additional counsel of record representing Plaintiff.

Respectfully submitted this 20th day of July, 2023.

                                        CANNELLA SNYDER, LLC

                                      */s/ Hannah L. Drosky*
                                      HANNAH L. DROSKY
                                          Georgia Bar No. 922743
                                          hannah@cannellasnyder.com
                                      ROBERT H. SNYDER, JR.
                                          Georgia Bar No. 404522
                                          rob@cannellasnyder.com

        WILLIAM D. ORTIZ
         Georgia Bar No. 327613
         will@cannellasnyer.com
        (404) 800-4828
        315 W. Ponce de Leon Ave.
        Suite 885
        Decatur, GA 30030

        STALLMAN LAW, LLC
        JEREMY D. STALLMAN
         Georgia Bar No. 119441
         jeremy@stallman.law
        1834 Independence Square
        Atlanta, GA 30338
        (770) 727-5775
        ***Attorneys for Plaintiff***