**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

DONNA GERMON, as Administrator          *
of the Estate of Rachel M. Germon,      *
and as surviving parent of              *
Rachel M. Germon,                       *
                                        *          CIVIL ACTION FILE No.
              Plaintiff,                *          4:23-cv-00100-WMR
                                        *
                                        *
                                        *
STEPHEN R. BOYD, SR.,                   *
*et al*.                                *
                                        *
              Defendants.               *
                                        *

## <u>ENTRY OF APPEARANCE AS COUNSEL</u>

COMES NOW Lee P. McMillian, attorney at law, and makes and enters his

appearance as lead counsel for the following defendants herein:

1. Steven R. Boyd

2. S.M.E Properties, LLC

3. Desert Sand Aircraft Leasing Company

4. Desert agle Aviation, Inc.

5. Capital Air Park, Inc.,

6. Performance Plus, inc.,

7. Drop Zone Management, Inc., and

1

8.  B & B Aviation, LLC

I further request thtq all notices, pleadings, and orders be served upon meat my

email address, info@iwalkm.com, through the CM/ECF system, or by mail

at my address listed below.

Lee McMillian
Attorney Pro Hac Vice

Law Offices of Lee McMillian
223 East Maxan Street, Unit 305
Port Isabel, Texas 78678
***Attorney for Defendants Stephen R.
Boyd, Sr., Air Support, Inc. d/b/a
Skydive Spaceland Atlanta, S.M.E.
Properties, LLC, Desert Sand Aircraft
Leasing Co., Desert Eagle Aviation, Inc.
d/b/a Shorts Skyvan DEA, Inc., Capital
Air Park, Inc. d/b/a Skydive Spaceland
San Marcos, Performance Plus, Inc.
d/b/a Skydive Spaceland Dallas, Drop
Zone Management, Inc. d/b/a Skydive
Spaceland Clewiston, B & B Aviation,
LLC d/b/a Skydive Spaceland Houston***

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon, | * * * * | |
| | * | CIVIL ACTION FILE No. |
| Plaintiff, | * | 4:23-cv-00100-WMR |
| | * * * | |
| STEPHEN R. BOYD, SR., *et al*. | * * * | |
| Defendants. | * * | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing *ENTRY OF APPEARANCE AS COUNSEL* using the Court's CM/ECF System, which will automatically send a copy of same to the following counsel of record:

Robert H. Snyder, Jr.
William D. Ortiz
Cannella Snyder, LLC
315 W. Ponce de Leon Ave., Suite 885
Decatur, GA 30030
rob@cannellasnyder.com
will@cannellasnyder.com

*Counsel for Plaintiff*

Jeremy D. Stallman
Stallman Law, LLC
1834 Independence Square
Atlanta, GA 30338
jeremy@stallman.law

*Counsel for Plaintiff*

3

Alan Armstrong
2900 Chamblee Tucker Road, Bldg. 5-350
Atlanta, GA 30341
alan@alanarmstronglaw.com

*Counsel for Defendant Sun Path Products, Inc.*

I further certify that, pursuant to Rule 5.1(C) of the Local Rules of the United States District Court for the Northern District of Georgia, I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 27th day of July, 2023.

/s/
Lee p. McMillian
Texas Bar No. 3800450