# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN R. BOYD, SR., *et al*.<br><br>Defendants. | * * * * * * * * * * * * | CIVIL ACTION FILE No.<br>4:23-cv-00100-WMR |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except herein modified.

1. Initiation of discovery: August 15, 2023.

2. All discovery, including written discovery, closes (all written discovery requests must be served at least 33 days prior to this date): August 15,

   2024 (the parties may take trial depositions for the preservation of evidence after the close of discovery).

3. Deadline for filing dispositive motions: October 15, 2024.

4. Deadline to file Pretrial Order: No later than 30 days after the entry of the Court's ruling on any pending motions for summary judgment.

IT IS ORDERED, THIS 31st DAY OF July, 2023.

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE