# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN R. BOYD, SR., *et al*.<br><br>    Defendants. | CIVIL ACTION FILE No.<br>4:23-cv-00100-WMR |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Pursuant to the Local Rules and this Court's Standing Order Rule II(c), the Court hereby grants Plaintiff's Motion to File Under Seal and Orders that the following document may be filed under seal:

1. Exhibit A to Plaintiff's Motion For Sanctions Against Defendants Stephen Boyd and the Boyd Defendants for Their Fabrication of Evidence, Undated Master Intercompany Loan Agreement (ASI 001127-001129).

SO ORDERED this 10th day of June, 2024.

_____
HONORABLE WILLIAM M. RAY, II
United States District Judge

Prepared by:
Hannah D. Amanual
Attorney for Plaintiff
Georgia Bar No. 922743
hannah@cannellasnyder.com
(404) 800-4828
315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030