# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DONNA GERMON, as Administrator of the Estate of Rachel M. Germon, and as surviving parent of Rachel M. Germon,<br><br>   Plaintiff,<br><br>v.<br><br>SUN PATH PRODUCTS, INC,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 4:23-CV-00100-WMR |

## RULE 5.4(A) CERTIFICATE OF SERVICE

COMES NOW, Sun Path Products, Inc., Defendant in the above-captioned matter, pursuant to Local Rule 5.4(A), and certifies that today, all parties were served with:

(1) NOTICE OF DEFENDANT SUN PATH PRODUCTS, INC. TO TAKE THE DEPOSITION OF DEREK VANBOESCHOTEN; and

(2) SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION.

Respectfully submitted this the ___8th___ day of November 2024.

/s/ Alan Armstrong
Attorney for Defendant
Sun Path Products, Inc.
Georgia Bar No. 022075
alan@alanarmstronglaw.com

1

Law Office of Alan Armstrong
2900 Chamblee – Tucker Road
Building 5, Suite 530
Atlanta, Georgia 30341
(770) 451-0313

Robert Feldman
Law Office of Robert Feldman
12150 SW 128 Ct., Suite 214
Miami, Florida 33186
Feldmans48@hotmail.com
Counsel for Sun Path Products, Inc.

**CERTIFICATE OF SERVICE**

I certify that on November __8__, 2024, I electronically served the foregoing RULE 5.4 CERTIFICATE on the following counsel of record via electronic mail:

Robert H. Snyder, Jr.
Hannah Drosky Amanuel
Chase C. Lyndale
315 W. Ponce de Leon Avenue,
Suite 885
Decatur, GA 30030
rob@cannellasnyder.com
hannah@cannellasnyder.com
chase@cannellasnyder.com

/s/ Alan Armstrong
Attorney for Defendant
Sun Path Products, Inc.
Georgia Bar No. 022075
alan@alanarmstronglaw.com
Law Office of Alan Armstrong
2900 Chamblee – Tucker Road
Building 5, Suite 530
Atlanta, Georgia 30341
(770) 451-0313

Robert Feldman
Law Office of Robert Feldman
12150 SW 128 Ct., Suite 214
Miami, Florida 33186
Feldmans48@hotmail.com
Counsel for Sun Path Products, Inc.

3

I further certify that, pursuant to Rule 5.1(C) of the Local Rules of the United States District Court for the Northern District of Georgia, I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This the ___ day of November, 2024.

                                           /s/ Alan Armstrong
                                           Alan Armstrong